

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-16-1999

# In Re: First Merch. Accept. Corp. v. JC Bradford & Co.

Precedential or Non-Precedential:

Docket 98-5377

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

## Recommended Citation

"In Re: First Merch. Accept. Corp. v. JC Bradford & Co." (1999). *1999 Decisions.* Paper 324.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/324

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Filed December 16, 1999

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 98-5377

IN RE: FIRST MERCHANTS ACCEPTANCE CORPORATION,
       Debtor

v.

J. C. BRADFORD & CO.,
       Appellant

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 97-cv-01500)
District Judge: Hon. Joseph J. Farnan, Jr.

Before: SLOVITER, NYGAARD and McKEE, Circuit Judges

ORDER AMENDING OPINION

IT IS ORDERED that the slip opinion in this case, filed
December 14, 1999, be amended as follows:

        Page 2, footnote 1 - substitute for this footnote, the
        following:

        The District Court did not refer this Chapter 11 case
        to the Bankruptcy Court.

        Change "Bankruptcy Court" to "District Court" on the
        following pages:

        Page 2, line 24
        Page 3, lines 12, 14, 28 and 35
        Page 7, lines 1, 4 and 28
        Page 8, line 3

Page 12, line 6 from bottom of page
Page 16, lines 7 and 19.

Page 4, line 28 - change "his" to "her".

Page 4, line 32 - change "He" to "She".

By the Court,

/ s / Dolores K. Sloviter

Circuit Judge

Dated: December 16, 1999

A True Copy:
Teste:

Clerk of the United States Court of Appeals
for the Third Circuit

2